# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CIVIL CASE NO. 1:11cv314

| | |
|---|---|
| ANGEL DENISE MATTHEWS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| NYPRO, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court *sua sponte*.

On November 18, 2011, the Plaintiff filed an Application seeking to proceed with her civil action without the prepayment of fees and costs. [Doc. 2]. On December 9, 2011, the Court denied the Plaintiff's Application without prejudice but allowed her thirty (30) days in which to file an Amended Application. [Doc. 3 at 2-3]. The Plaintiff was warned: "Failure to file an Amended Application within thirty (30) days of this Order could result in summary dismissal of this action." [Id. at 3]. To date, no Amended Application has been filed. As the Plaintiff has failed to file an Amended Application, her Complaint shall be dismissed.

Accordingly, **IT IS, THEREFORE, ORDERED** that the Plaintiff's Complaint is hereby **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**.

Signed: January 27, 2012

Martin Reidinger
United States District Judge